IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-MJ-214 |
| JOSE EDUARDO MIRANDA PALACIOS,<br>a/k/a: "Eduardo Miranda Palacios",<br>a/k/a: "Jose Miranda Palacios",<br>a/k/a: "Eduardo Miranda",<br>a/k/a: "Jose Miranda",<br>a/k/a: "Eduardo Palacios",<br>a/k/a: "Jose Palacios",<br>a/k/a: "Eduardo Palacios Miranda",<br>a/k/a: "Jose Palacios Miranda", | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, William Allen, Jr., being duly sworn, deposed and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for more than 19 years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

1

3.     This affidavit is submitted in support of a criminal complaint and arrest warrant for JOSE EDUARDO MIRANDA PALACIOS (hereafter referred to as MIRANDA PALACIOS), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1). This affidavit is also submitted in support of an arrest warrant.

4.     The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.     On or about April 27, 2026, ICE learned that MIRANDA PALACIOS had been detained at the Prince William County Jail in Manassas, Virginia, within the Eastern District of Virginia. The Prince William Police Department arrested MIRANDA PALACIOS for two counts of assault and battery on a family member in violation of Code of Virginia 18.2-57.2.

6.     ICE performed records checks which confirmed that MIRANDA PALACIOS is a native and citizen of El Salvador who was last removed from the United States on or about October 14, 2019, at or near Alexandria, Louisiana and previously removed on or about May 27, 2009, at or near Chandler, Arizona. MIRANDA PALACIOS did not have legal authorization to reenter or remain in the United States.

7.     All persons' fingerprints are associated with a unique FBI number. No other person's fingerprints come back to that same FBI number. Fingerprints are processed through

2

ICE indices containing fingerprint and FBI number records of known and previously deported aliens. This system is also integrated with criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). If an individual has an immigration file maintained by U.S. Citizenship and Immigration Services, also known as an Alien File, that Alien File will be associated with the individual's fingerprint and unique FBI number. Fingerprints obtained during intake following an arrest will yield the individual's unique FBI number and unique Alien File. No other person's Alien File will come back to those fingerprints or their associated FBI number.

8.      ICE first learned that MIRANDA PALACIOS returned to the United States after he was fingerprinted after the arrest in Manassas, Virginia, which is within the Eastern District of Virginia. As described above, shortly after MIRANDA PALACIOS's arrest, he was fingerprinted. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens and the NGI. Results of that query showed positive matches to MIRANDA PALACIOS, his unique FBI number, and his unique Alien File.

9.      I reviewed MIRANDA PALACIOS's Alien File, which came back to the unique FBI number mentioned above and which is maintained by U.S. Citizenship and Immigration Services. The file contained an executed Immigration Service form I-296, Notice to Alien Ordered Removed/Departure Verification, bearing the photograph, fingerprint, and signature of MIRANDA PALACIOS. The form showed MIRANDA PALACIOS was removed from the United States on or about May 27, 2009, at or near Chandler, Arizona. The file also contained an executed Immigration Service form I-205, Warrant of Removal/Deportation, bearing the photograph, fingerprint, and signature of MIRANDA PALACIOS. The form showed

3

MIRANDA PALACIOS was also removed from the United States on or about October 14, 2019, at or near Alexandria, Louisiana.

10.    MIRANDA PALACIOS's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States.    Further, MIRANDA PALACIOS has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

11.    As part of this investigation, I reviewed MIRANDA PALACIOS's criminal history. MIRANDA PALACIOS's criminal history reflects a number of convictions, including a felony conviction in the United States District Court in the Eastern District of Virginia. More specifically, on or about April 19, 2019, MIRANDA PALACIOS was convicted in the Eastern District of Virginia for the offense of Illegal Reentry after Deportation, in violation of Title 8 U.S.C. Section 1326(a) and sentenced to time served. *See United States v. Miranda-Palacios*, Case No. 19-CR-00108, Dkt. 26.

## CONCLUSION

12.    Based on the foregoing, I submit that there is probable cause to believe that on or about April 27, 2026, in Prince William County, Virginia, within the Eastern District of Virginia, JOSE EDUARDO MIRANDA PALACIOS, an alien who was last removed from the United States on or about October 14, 2019 at or near Alexandria, Louisiana, subsequent to an April 2019 felony conviction, and who was also previously removed on or about May 27, 2009 at or near Chandler, Arizona did knowingly and unlawfully re-enter the United States and was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

William Allen, Jr.
Deportation Officer
U.S. Immigration and Customs
Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 11, 2026.

Lindsey R Vaala  Digitally signed by Lindsey R Vaala
Date: 2026.06.11 10:32:17 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia

5